May we have more
water please?

P Kauffmanoberh

We will come back on Monday to deliberate further. We will report at 9:15 am.

P. Kauffman Clerk

We are having a hard time with constructive discharge #1 AND #2.

We are not unanimous. Can we gain guidance on how to proceed if we cannot gain agreement?