# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:21-cv-1220 |
| Coastal Drilling East, LLC and Coastal Well Service, LLC ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* U.S. Equal Employment Opportunity Commission recover from the defendant *(name)* Coastal Drilling East, LLC and Coastal Well Service, LLC the amount of Eighty Thousand Four Hundred Sixty-Eight and 62/100 dollars ($ 80,468.62 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of 5.36 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Defendants are enjoined in accordance with the Order Regarding Equitable Remedies at ECF No. 106.

This action was *(check one)*:

☒ tried by a jury with Judge Joy Flowers Conti presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: September 5, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*